XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
MICHELE VAN GELDEREN (SBN 171931)
Supervising Deputy Attorney General
TINA CHAROENPONG (SBN 242024)
DEVIN W. MAUNEY (SBN 294634)
CHRISTOPHER LAPINIG (SBN 322141)
Deputy Attorney General
 1515 Clay St., 20th Floor
 Oakland, CA 94612
 Tel: (510) 879-0814
 Fax: (510) 622-2270
 Email: devin.mauney@doj.ca.gov

*Attorneys for Plaintiff
the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **THE FEDERAL DEPOSIT INSURANCE CORPORATION**, <br><br> Defendant. | Case No. 4:20-cv-05860-JSW <br><br> **JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER, [PROPOSED] BRIEFING SCHEDULE, AND REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

Pursuant to Civil L.R. 6-1(a), the parties hereto, by and through their undersigned counsel, hereby enter into the following stipulation:

WHEREAS, on September 11, 2020, the Court found that the above-captioned case is related to *People of the State of California, et al. v. The Office of the Comptroller of the Currency, et al.*, 20-cv-05200-JSW [Dkt. No. 28] ("OCC Litigation");

1

WHEREAS, the parties to the OCC Litigation entered a Joint Stipulation Regarding Extension of Time to Answer and Proposed Briefing Schedule, which the Court approved on October 5, 2020 and further responded by taking off calendar the Case Management Conference previously scheduled in that related case;

WHEREAS, the parties to this, the above-captioned, matter have likewise reached accord regarding a briefing schedule for their cross-motions for summary judgment;

WHEREAS, the parties believe the Case Management Conference set for October 30, 2020 in this case is correspondingly unnecessary;

WHEREAS, the parties understand that, if the Court takes off calendar the pending Case Management Conference, a Joint Case Management Statement shall not be required because

- Federal Rule of Civil Procedure 26 exempts from relevant initial-disclosure requirements any "action for review on an administrative record", Fed. R. Civ. P. 26(a) & (f);

- the parties have previously identified all related cases (*i.e.*, *People of the State of California, et al. v. The Office of the Comptroller of the Currency*, 20-cv-05200-JSW) [Dkt. No. 23] and declined to proceed before a magistrate judge [*see* Dkt. No. 7]; and

- this Joint Stipulation, if approved by the Court, shall provide a schedule for all anticipated filings and hearings related to the parties' cross-motions for summary judgment, and the parties do not anticipate filing any other motions in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. That Defendant's time to file its Answer to the Complaint is extended to January 14, 2021;
2. That Defendant will file the certified Administrative Record, along with a table of contents identifying the documents contained therein, on January 14, 2021;
3. That the parties agree on the following briefing schedule for cross-motions for summary judgment:

2

Joint Stipulation Regarding Extension of Time To Answer, [Proposed] Briefing Schedule, and Request to Take Case Management Conference Off Calendar
Case No. 4:20-cv-05860-JSW

     a.  Plaintiffs will file their motion for summary judgment on February 25, 2021;

     b.  Defendants will file a combined opposition to Plaintiffs' motion and a cross-motion for summary judgment on March 25, 2021;

     c.  Plaintiffs will file a combined reply in support of their motion for summary judgment and an opposition to Defendants cross-motion on April 22, 2021;

     d.  Defendants will file a reply in support of their motion for summary judgment on May 6, 2021; and

     e.  Plaintiffs shall notice the cross-motions for summary judgment to be heard on June 4, 2021 at 9:00 a.m. or on such date thereafter that the Court deems appropriate.

4. That in accordance with Defendant's understanding of this Court's standing order, the page limitation for all briefs listed above shall not exceed 25 pages;

5. That the parties respectfully and jointly request that the Court take off calendar the Case Management Conference in this matter currently set for October 30, 2020 at 11:00 a.m.; and

6. That, if the Court grants the parties' request, the parties shall not file a Joint Case Management Statement unless instructed otherwise by the Court.

3

Joint Stipulation Regarding Extension of Time To Answer, [Proposed] Briefing Schedule, and Request to Take Case Management Conference Off Calendar
Case No. 4:20-cv-05860-JSW

With the exception of the parties' request to take off calendar the above-mentioned Case Management Conference, this stipulation shall not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED**

Dated: October 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General

*/s/ Devin W. Mauney*
DEVIN W. MAUNEY
Deputy Attorney General

*Attorneys for Plaintiff*
*the People of the State of California*

FEDERAL DEPOSIT INSURANCE CORPORATION
Barbara Katron (DC Bar #387970)
Senior Counsel, Corporate Litigation Unit

*/s/ Erik Bond*
Erik Bond (NY Bar Reg. #4316030)
Andrew Dober (CA Bar #229657)
Counsel, Corporate Litigation Unit

**IT IS SO ORDERED:**

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

October 15, 2020

4

Joint Stipulation Regarding Extension of Time To Answer, [Proposed] Briefing Schedule, and Request to Take Case Management Conference Off Calendar
Case No. 4:20-cv-05860-JSW