XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
MICHELE VAN GELDEREN (SBN 171931)
Supervising Deputy Attorney General
TINA CHAROENPONG (SBN 242024)
DEVIN W. MAUNEY (SBN 294634)
CHRISTOPHER LAPINIG (SBN 322141)
Deputy Attorney General
 1515 Clay St., 20th Floor
 Oakland, CA 94612
 Tel: (510) 879-0814
 Fax: (510) 622-2270
 Email: devin.mauney@doj.ca.gov

*Attorneys for Plaintiff
the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**THE FEDERAL DEPOSIT INSURANCE CORPORATION**,<br><br>Defendant. | Case No. 4:20-cv-05860-JSW<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER AND BRIEFING SCHEDULE** |

Pursuant to Civil L.R. 6-2, the parties hereto, by and through their undersigned counsel, hereby enter into the following stipulation:

WHEREAS, on September 11, 2020, the Court found that the above-captioned case is related to *People of the State of California, et al. v. The Office of the Comptroller of the Currency, et al.*, 20-cv-05200-JSW [Dkt. No. 28] ("OCC Litigation");

     WHEREAS, cross-motions for summary judgment in the OCC Litigation are set to be heard on March 19, 2021;

     WHEREAS, the Court is currently operating under modified procedures in response to the COVID-19 Public Health Emergency;

     WHEREAS, COVID-19 vaccine distribution has begun, raising the prospect of a return to normal operations in the foreseeable future;

     WHEREAS, the current schedule set for this, the above-captioned, matter calls for Defendant to file its Answer and the Administrative Record on January 14, 2021, for summary judgment briefing to begin on February 25, 2021, and for cross-motions for summary judgment to be heard on June 4, 2021 [Dkt. No. 38];

     WHEREAS, a briefing schedule commencing after oral argument in the OCC Litigation and concluding at such a date when normal Court operations feasibly may have resumed would facilitate resolution of this matter; and

     WHEREAS, the parties believe an approximately two-month extension of all deadlines in this matter would thus facilitate its appropriate resolution.

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Defendant's time to file its Answer to the Complaint is extended to March 25, 2021;
2. Defendant will file the certified Administrative Record, along with a table of contents identifying the documents contained therein, on March 25, 2021;
3. Plaintiffs will file their motion for summary judgment on April 22, 2021;
4. Defendant will file a combined opposition to Plaintiffs' motion and a cross-motion for summary judgment on May 20, 2021;
5. Plaintiffs will file a combined reply in support of their motion for summary judgment and an opposition to Defendant's cross-motion on June 17, 2021;
6. Defendant will file a reply in support of its motion for summary judgment on July 15, 2021; and

7. Plaintiffs shall notice the cross-motions for summary judgment to be heard on August 6, 2021 at 9:00 a.m. or on such date thereafter that the Court deems appropriate.

**IT IS SO STIPULATED**

Dated: December 23, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General

*/s/ Devin W. Mauney*
DEVIN W. MAUNEY
Deputy Attorney General

*Attorneys for Plaintiff
the People of the State of California*

FEDERAL DEPOSIT INSURANCE CORPORATION
Barbara Katron (DC Bar #387970)
Senior Counsel, Corporate Litigation Unit

*/s/ Erik Bond*
Erik Bond (NY Bar Reg. #4316030)
Andrew Dober (CA Bar #229657)
Counsel, Corporate Litigation Unit

**IT IS SO ORDERED:**

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

3