1  XAVIER BECERRA
   Attorney General of California
2  NICKLAS A. AKERS
   Senior Assistant Attorney General
3  MICHELE VAN GELDEREN (SBN 171931)
   Supervising Deputy Attorney General
4  TINA CHAROENPONG (SBN 242024)
   DEVIN W. MAUNEY (SBN 294634)
5  CHRISTOPHER LAPINIG (SBN 322141)
   Deputy Attorney General
6   1515 Clay St., 20th Floor
    Oakland, CA 94612
7   Tel: (510) 879-0814
    Fax: (510) 622-2270
8   Email: devin.mauney@doj.ca.gov

9  *Attorneys for Plaintiff*
   *the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA**, et al., | Case No. 4:20-cv-05860-JSW |
| Plaintiffs, | **ORDER GRANTING AS MODIFIED SECOND JOINT STIPULATION AND REGARDING TIME TO ANSWER AND BRIEFING SCHEDULE** |
| v. | |
| **THE FEDERAL DEPOSIT INSURANCE CORPORATION**, | Dkt. No. 39 |
| Defendant. | |

Pursuant to Civil L.R. 6-2, the parties hereto, by and through their undersigned counsel, hereby enter into the following stipulation:

WHEREAS, on September 11, 2020, the Court found that the above-captioned case is related to *People of the State of California, et al. v. The Office of the Comptroller of the Currency, et al.*, 20-cv-05200-JSW [Dkt. No. 28] ("OCC Litigation");

1

Order Granting as Modified Second Joint Stipulation Regarding Time to Answer and Briefing Schedule
Case No. 4:20-cv-05860-JSW

WHEREAS, cross-motions for summary judgment in the OCC Litigation are set to be heard on March 19, 2021;

WHEREAS, the Court is currently operating under modified procedures in response to the COVID-19 Public Health Emergency;

WHEREAS, COVID-19 vaccine distribution has begun, raising the prospect of a return to normal operations in the foreseeable future;

WHEREAS, the current schedule set for this, the above-captioned, matter calls for Defendant to file its Answer and the Administrative Record on January 14, 2021, for summary judgment briefing to begin on February 25, 2021, and for cross-motions for summary judgment to be heard on June 4, 2021 [Dkt. No. 38];

WHEREAS, a briefing schedule commencing after oral argument in the OCC Litigation and concluding at such a date when normal Court operations feasibly may have resumed would facilitate resolution of this matter; and

WHEREAS, the parties believe an approximately two-month extension of all deadlines in this matter would thus facilitate its appropriate resolution.

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Defendant's time to file its Answer to the Complaint is extended to March 25, 2021;
2. Defendant will file the certified Administrative Record, along with a table of contents identifying the documents contained therein, on March 25, 2021;
3. Plaintiffs will file their motion for summary judgment on April 22, 2021;
4. Defendant will file a combined opposition to Plaintiffs' motion and a cross-motion for summary judgment on May 20, 2021;
5. Plaintiffs will file a combined reply in support of their motion for summary judgment and an opposition to Defendant's cross-motion on June 17, 2021;
6. Defendant will file a reply in support of its motion for summary judgment on July 15, 2021; and

2

Order Granting as Modified Second Joint Stipulation Regarding Time to Answer and Briefing Schedule
Case No. 4:20-cv-05860-JSW

7. Plaintiffs shall notice the cross-motions for summary judgment to be heard on August 6, 2021 at 9:00 a.m. or on such date thereafter that the Court deems appropriate.

**IT IS SO STIPULATED**

Dated: December 23, 2020                    Respectfully submitted,

                                                                    XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General

*/s/ Devin W. Mauney*
DEVIN W. MAUNEY
Deputy Attorney General

*Attorneys for Plaintiff*
*the People of the State of California*

FEDERAL DEPOSIT INSURANCE CORPORATION
Barbara Katron (DC Bar #387970)
Senior Counsel, Corporate Litigation Unit

*/s/ Erik Bond*
Erik Bond (NY Bar Reg. #4316030)
Andrew Dober (CA Bar #229657)
Counsel, Corporate Litigation Unit

3

Order Granting as Modified Second Joint Stipulation Regarding Time to Answer and Briefing Schedule
Case No. 4:20-cv-05860-JSW

The Court GRANTS the parties' stipulation and adopts their proposed briefing schedule and hearing date of August 6, 2021 at 9:00 a.m.  It is FURTHER ORDERED that the parties shall submit chambers copies of all documents, with the exception of the administrative record, to the Court.

**IT IS SO ORDERED.**

January 4, 2021

HONORABLE JEFFREY S. WHITE
United States District Judge

4

Order Granting as Modified Second Joint Stipulation Regarding Time to Answer and Briefing Schedule
Case No. 4:20-cv-05860-JSW