UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* Xavier Becerra, Attorney General of California; DISTRICT OF COLUMBIA, by its Attorney General Karl A. Rice; PEOPLE OF THE STATE OF ILLINOIS *ex rel.* Kwame Raoul, Attorney General of Illinois, COMMONWEALTH OF MASSACHUSETTS *ex rel.* Maura Healey, Attorney General of Massachusetts; STATE OF MINNESOTA, by its Attorney General Keith Ellison; STATE OF NEW JERSEY, by its Attorney General Gurbir S. Grewal; PEOPLE OF THE STATE OF NEW YORK *ex rel.* Letitia James, Attorney General of New York; and STATE OF NORTH CAROLINA *ex rel.* Joshua H. Stein, Attorney General of North Carolina<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendant. | Case No. 20-cv-5860-JSW<br><br>~~PROPOSED~~ **ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICUS CURIAE*** AS MODIFIED HEREIN<br><br>Date: August 6, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Crtrm: Courtroom 5, 2nd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

The Court having considered the motion of Professor Adam J. Levitin for leave to file as *amicus curiae* in support of Plaintiffs' Motion for Summary Judgment, IT IS HEREBY ORDERED that the motion is GRANTED. ~~The brief filed at Docket ____ is deemed filed.~~ Amicus shall file the brief on entry of this Order and shall provide the Court with a chambers copy of the brief.

DATED: April 29, 2021

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge