IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE
OF CALIFORNIA, et al.

    Plaintiffs,

v.

THE FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.

Case No. 4:20-cv-05860-JSW

**PROPOSED ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

The Court having considered the unopposed motion of Center For Responsible Lending, National Consumer Law Center, and National Coalition For Asian Pacific American Community Development for leave to file as *amicus curiae* in support of Plaintiffs' Motion for Summary Judgment, IT IS HEREBY ORDERED that the motion is GRANTED. The brief filed at Docket \_\_\_\_ is deemed filed.

DATED: _____, 202\_\_\_

    _____
    JEFFREY S. WHITE
    United States District Judge