IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendant. | Case No. 4:20-cv-05860-JSW<br><br>**~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICUS CURIAE*** |

The Court having considered the unopposed motion of Center For Responsible Lending, National Consumer Law Center, and National Coalition For Asian Pacific American Community Development for leave to file as *amicus curiae* in support of Plaintiffs' Motion for Summary Judgment, IT IS HEREBY ORDERED that the motion is GRANTED. ~~The brief filed at Docket ____ is deemed filed.~~   Amicus shall file the brief upon entry of this Order.

DATED: April 30, 2021

_____
JEFFREY S. WHITE
United States District Judge

1

Order Granting Leave to File Brief of Amici Curiae, Center For Responsible Lending, National Consumer Law Center, and National Coalition For Asian Pacific American Community Development