IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendant. | Case No. 4:20-cv-05860-JSW<br><br>**PROPOSED ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICUS CURIAE*** |

The Court having considered the unopposed motion of Center For Responsible Lending, National Consumer Law Center, and National Coalition For Asian Pacific American Community Development for leave to file as *amicus curiae* in support of Plaintiffs' Motion for Summary Judgment, IT IS HEREBY ORDERED that the motion is GRANTED. The brief filed at Docket ____ is deemed filed.

DATED: _____, 202___                                    _____
                                                                                       JEFFREY S. WHITE
                                                                                       United States District Judge

1

Order Granting Leave to File Brief of Amici Curiae, Center For Responsible Lending, National Consumer Law Center, and National Coalition For Asian Pacific American Community Development