UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  4:20-cv-05860-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 47, 56 |

YOU ARE HEREBY NOTIFIED that the hearing on the Cross Motions for Summary Judgment, scheduled on August 6, 2021 at 9:00 a.m. before HONORABLE JEFFREY S. WHITE, is vacated.  A written ruling shall issue.

Dated: August 3, 2021

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　jswcrd@cand.uscourts.gov